UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------- X
NIKOLAY PETROVSKIY
VLADIMIR PETROVSKIY,

                                                   JUDGMENT
                                                   18-cv-04959-CBA

                        Plaintiffs,

      -against-

ANGI HOMESERVICES INC.
HOMEADVISOR, INC.
ANGIESLIST, INC.
1AC/INTERACTIVE CORP,

                         Defendants.
---------------------------------------------------------- X

      An Order of Honorable Carol B. Amon, United States District Judge, having been filed on December 21, 2018, dismissing this action against these Defendants with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party; it is

      ORDERED and ADJUDGED that this action is dismissed against these Defendants with prejudice, and on the merits, without costs, or disbursements, or attorneys' fees to any party.

Dated: Brooklyn, NY                                                      Douglas C. Palmer
December 27, 2018                                                  Clerk of Court

                                                          By:    /s/*Jalitza Poveda*
                                                                      Deputy Clerk